FRANK BELLO, as Administrator, etc., of MADELINE BELLO, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

HENRY M. CHANCE and Others, Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK and Others, Defendants; BOUDINOT ATTERBURY, Appellant.— In view of the decision on the appeal herein (post, p. 747), decided herewith, the motion to dismiss the appeal and for other relief is dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

MARY CHMIELEWSKI, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

JOHANNA C. DE RYSS, as Administratrix, etc., of EMIL DE RYSS, Deceased, Appellant-Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, and JOSEPH M. HARD, Appellant, and ANDREW JERICK, Defendant.— Motion of defendant-respondent The New York Central Railroad Company for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis and Adel, JJ.; Hagarty, J., not voting.

KATE DIAMOND, Respondent, v. HARUMADO REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

ELLA GAYLOR, Respondent, v. WILLIAM BURROUGHS, Defendant, and WILLIAM BURROUGHS McGUIRE, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 915.] The following question is certified: Should the defendant-appellant's motion for summary judgment have been granted? Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of the Application of KATIE CUTRIE, Respondent, to Cancel a Judgment of Record Entered against Her in Favor of 664 BAY RIDGE AVENUE CORP., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 653.] Motion to stay cancellation of the judgment pending the appeal granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ELIAS A. DEUTSCHMAN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.